THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN MADKOUR, Appellant. [644 NYS2d 639]

Appellate review of the issue raised by the defendant was effectively waived by him as part of his plea agreement. Accordingly, the judgment of conviction is affirmed (see, People v Callahan, 80 NY2d 273; People v Seaberg, 74 NY2d 1). Rosenblatt, J. P., Sullivan, Copertino, Santucci and Goldstein, JJ., concur.